UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

*IN RE: ENGLE PROGENY CASES*      CASE NO. 3:09-CV-10000-WGY-JBT

**THIS DOCUMENT RELATES TO:**

*The Cases Listed on Attached Exhibit A*

### STIPULATION OF DISMISSAL WITH PREJUDICE AS TO R.J. REYNOLDS TOBACCO COMPANY, PHILIP MORRIS USA INC. AND LORILLARD TOBACCO COMPANY

Plaintiffs in each and every one of the actions identified on the attached Exhibit "A", with the consent of each named defendant as reflected by signature of their counsel below, hereby dismiss with prejudice all claims (including all claims brought or that could have been brought in this lawsuit) against R.J. Reynolds Tobacco Company, Philip Morris USA Inc. and Lorillard Tobacco Company pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own costs and attorneys' fees.

Dated: September 4, 2014

| HUGHES HUBBARD & REED LLP | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
|---|---|
| By: */s/ Theodore V.H. Mayer*<br>Theodore V.H. Mayer\*<br>Email: mayer@hugheshubbard.com<br>Jeff H. Galloway\*<br>Email: galloway@hugheshubbard.com<br>One Battery Park Plaza<br>New York, NY 10004-1482<br>Telephone: (212) 837-6000 | By: */s/ Martin D. Quinones*<br>Robert J. Nelson (CA Bar No. 132797)<br>E-mail: rnelson@lchb.com<br>Elizabeth J. Cabraser (CA Bar No. 83151)<br>E-mail: ecabraser@lchb.com<br>Richard M. Heimann (CA Bar No. 063607)<br>E-mail: rheimann@lchb.com |

| | |
|---|---|
| Facsimile: (212) 422-4726<br>\* *Admitted Pro Hac Vice*<br><br>Aviva L. Wernick (FL Bar 697281)<br>E-mail:  wernick@hugheshubbard.com<br>201 South Biscayne Boulevard<br>Suite 2500<br>Miami, FL 33131<br>Telephone:  (305) 358-1666<br>Facsimile:  (305) 371-8759<br><br>*Attorneys for Lorillard Tobacco Company* | Martin D. Quinones (CA Bar No. 293318)<br>E-mail: mquinones@lchb.com<br>Kent L. Klaudt (CA Bar No. 183903)<br>E-mail: kklaudt@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, California  94111<br>Telephone:  (415) 956-1000<br>Facsimile:  (415) 956-1008<br><br>Kenneth S. Byrd (TN Bar No. 23541)<br>E-mail: kbyrd@lchb.com<br>150 Fourth Avenue North<br>One Nashville Place, Suite 1650<br>Nashville, Tennessee  37219<br>Telephone:  (615) 313-9000<br>Facsimile:  (615) 313-9965<br><br>*Attorneys for Plaintiffs* |
| ARNOLD & PORTER LLP<br><br>By:  */s/ Thomas W. Stoever, Jr.*<br>     Thomas W. Stoever, Jr.<br>     E-mail: Thomas.Stoever@aporter.com<br>     370 Seventeenth Street, Suite 4400<br>     Denver, CO  80202-1370<br>     Telephone: (303) 863-2328<br>     Facsimile: (303) 832-0428<br><br>*Attorneys for Philip Morris USA Inc.* | JONES DAY<br><br>By:  */s/ David M. Monde*<br>     David M. Monde<br>     E-mail: dmmonde@jonesday.com<br>     1420 Peachtree Street, N.E.<br>     Suite 800<br>     Atlanta, GA  30309-3053<br>     Telephone:  (404) 581-8206<br>     Facsimile:  (404) 581-8330<br><br>*Attorneys for R.J. Reynolds Tobacco Co.* |

**CERTIFICATE OF SERVICE**

On September 4, 2014, I electronically filed this document through the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Aviva L. Wernick
Aviva L. Wernick (FBN 697281)
E-mail: wernick@hugheshubbard.com
HUGHES HUBBARD & REED LLP
201 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
Telephone: (305) 358-1666
Facsimile: (305) 371-8759

*Attorneys for Lorillard Tobacco Company*