# EXHIBIT A

## EXHIBIT A

| Case Style | Case Number |
| --- | --- |
| Batten, Charlotte M. (PR Est. of Clyde W. Batten, Jr.) | **3:09-cv-14118-WGY-HTS** |
| Carosella, Martin | **3:09-cv-10775-WGY-HTS** |
| Champion, Michael | **3:09-cv-10816-WGY-HTS** |
| Gaynor, Eli (PR Est. of Janice Gaynor) | **3:09-cv-13587-WGY-HTS** |
| Greene, Elizabeth J. (PR Est. of Lloyd B. Green) | **3:09-cv-11108-WGY-HTS** |
| King, James (PR Est. of Gloria Hackett) | **3:09-cv-11150-WGY-HTS** |
| Levitsky, Neal | **3:09-cv-13172-WGY-HTS** |
| Luckus, Dorothy (PR Est. of Anna Brunson) | **3:09-cv-10703-WGY-HTS** |
| O'Shaughnessy, Marshall and Mary | **3:09-cv-12053-WGY-HTS** |
| Purvis, Glenda (PR Est. of James C. Purvis) | **3:09-cv-12201-WGY-HTS** |
| Randall, Carolyn | **3:09-cv-11678-WGY-HTS** |
| Rosemond, Annette | **3:09-cv-12295-WGY-HTS** |
| Schwartz, James | **3:09-cv-12357-WGY-HTS** |